No. 97–191.  PRESCOTT *v.* G. I. W. INDUSTRIES, INC., ET AL. C. A. 11th Cir.  Certiorari denied.

No. 97–192.  MARTIN *v.* COHEN, SECRETARY OF DEFENSE, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–193.  BARRETT *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 97–194.  CARLISLE *v.* TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 97–198.  CORNISH *v.* DISTRICT OF COLUMBIA BOARD ON PROFESSIONAL RESPONSIBILITY.  Ct. App. D. C.  Certiorari denied.

No. 97–199.  GUO *v.* RYLAND GROUP, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–201.  GUPTA ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 97–202.  SARSFIELD *v.* OFFICE OF THE COMPTROLLER OF THE CURRENCY.  C. A. 9th Cir.  Certiorari denied.

No. 97–203.  BOATWRIGHT *v.* HERMAN, SECRETARY OF LABOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–205.  TANGARI *v.* CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 97–206.  WORTHINGTON *v.* LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT ET AL.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 97–207.  KREMETIS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 97–212.  BURNSTINE *v.* CALIFORNIA DEPARTMENT OF MOTOR VEHICLES.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.